

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| TEENYA M. DIXON, AND ALL | | |
| OTHER OCCUPANTS OF | § | |
| 1409 SHADOW BROOK TRAIL | | No. 08-13-00317-CV |
| GARLAND, TEXAS 75043, | § | |
| | | Appeal from |
| Appellant, | § | |
| | | County Court at Law No. 3 Court |
| v. | § | |
| | | of Dallas County, Texas |
| THE BANK OF NEW YORK MELLON | § | |
| F/K/A THE BANK OF NEW YORK | | (TC # CC-12-00494-C) |
| AS TRUSTEE FOR THE CERTIFICATE | § | |
| HOLDERS OF CWALT, INC., | | |
| ALTERNATIVE LOAN TRUST 2004-J5, | § | |
| MORTGAGE PASS-THROUGH | | |
| CERTIFICATES, SERIES 2004-J5, | § | |
| | | |
| Appellee. | § | |

**J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant and its sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs, both in this Court and the court below for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 5TH DAY OF NOVEMBER, 2015.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.